UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| AARON WARE, | ) |
|     Plaintiff, | ) ) ) |
|     v. | )    No. 1:22-cv-00913-JMS-MKK |
| WILLIAM GLOVER, | ) ) ) |
|     Defendant. | ) |

**MINUTE ENTRY FOR
SETTLEMENT CONFERENCE
HON. M. KENDRA KLUMP, MAGISTRATE JUDGE**

The parties appeared in person and by counsel for a settlement conference on April 18, 2023.

A settlement was not achieved.

Date: 4/19/2023

*(signature)*
M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:
Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.