UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| AARON WARE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:22-cv-00913-JMS-MKK |
| | ) |
| WILLIAM GLOVER, | ) |
| | ) |
| Defendant. | ) |

**ORDER SCREENING AMENDED COMPLAINT**

Plaintiff Aaron Ware is a prisoner currently confined at the Wabash Valley Correctional Facility. He brings this action by counsel, seeking compensatory and punitive damages.

At all times relevant to his complaint, Mr. Ware was a "prisoner" as defined by 28 U.S.C. § 1915A(c). The Court therefore has an obligation under § 1915A(a) to screen his complaint. Pursuant to § 1915A(b), the Court must dismiss the complaint if it is frivolous or malicious, fails to state a claim for relief, or seeks monetary relief against a defendant who is immune from such relief.

Mr. Ware's amended complaint names one defendant: Ofc. William Glover, in his individual capacity. Mr. Ware alleges that Ofc. Glover placed him a chokehold and left him in isolation for 33 hours despite his need for medical care. He alleges the following claims: (1) excessive force in violation of the Fourteenth Amendment; (2) excessive force in violation of Indiana Code § 35-41-3-3. The amended complaint shall **proceed as presented.**

**IT IS SO ORDERED.**

Date: 6/6/2023

*[signature]*

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Anthony W. Overholt
Frost Brown Todd LLP
aoverholt@fbtlaw.com

Mark W. Sniderman
Sniderman Law
mark@snidermanlaw.com