UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| AARON WARE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:22-cv-00913-JMS-MKK ) |
| WILLIAM GLOVER, | ) ) |
| Defendant. | ) |

**AMENDED SCREENING ORDER**

In its Screening Order of June 6, 2023, the Court indicated that plaintiff Aaron Ware was currently incarcerated at Wabash Valley Correctional Facility and was therefore a "prisoner" as defined by 28 U.S.C. § 1915A(c). *See* dkt. 72 at 1. Because that assertion is incorrect, the Court's order at Docket No. 72 is **VACATED**. Instead, the Court will screen Mr. Ware's amended complaint pursuant to its inherent authority. *See Rowe v. Shake*, 196 F.3d 778, 783 (7th Cir. 1999) ("[D]istrict courts have the power to screen complaints filed by all litigants, prisoners and non-prisoners alike, regardless of fee status.").

Mr. Ware's amended complaint names one defendant: Ofc. William Glover, in his individual capacity. Mr. Ware alleges that Ofc. Glover placed him a chokehold and left him in isolation for 33 hours despite his need for medical care. He alleges the following claims: (1) excessive force in violation of the Fourteenth Amendment; (2) excessive force in violation of Indiana Code § 35-41-3-3. The amended complaint shall **proceed as presented.**

IT IS SO ORDERED.

Date: 6/8/2023

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Anthony W. Overholt
Frost Brown Todd LLP
aoverholt@fbtlaw.com

Mark W. Sniderman
Sniderman Law
mark@snidermanlaw.com